People of the State of Illinois, Plaintiff-Appellee, v. Willie Booker, Defendant-Appellant.

Gen. No. 53,734.

First District, First Division.

October 13, 1970.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Herbert Becker, Norman W. Fishman, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Robert A. Novelle and Robert Best, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE BURMAN. **Not to be published in full.**